PER CURIAM.

(No. 75-CC-134— )

PITNEY BOWES, Claimant, *vs.* STATE OF ILLINOIS, GOVERNOR'S ACTION OFFICE, Respondent.

*Opinion filed May 13, 1975.*

J. R. WOODSMALL, BRANCH MANAGER, PITNEY BOWES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.